```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

| | |
|---|---|
| WANLYS MARTINEZ, | 24-cv-4933 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| SUREFOX NORTH AMERICA INC., | |
| Defendant. | |

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Rule 26(f) report by **September 11, 2024.**

**SO ORDERED.**

Dated:   New York, New York
         August 28, 2024

                               /s/ John G. Koeltl
                                 John G. Koeltl
                           United States District Judge