UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WANLYS MARTINEZ,
                         Plaintiff(s)

                                                                              24 civ 4933 (JGK)

         -against-


SUREFOX NORTH AMERICA INC.,
                         Defendant(s).
----------------------------------------------------------------X

## ORDER

   The matter currently in mediation. The parties should advise the Court of the status of the case within seven days of the completion of the mediation.

   The conference scheduled for Wednesday, October 2, 2024, at 4:30pm is canceled.

**SO ORDERED.**

                                                        _____
                                                            JOHN G. KOELTL
                                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       September 24, 2024