```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

WANLYS MARTINEZ,

                Plaintiff,        24-cv-4933 (JGK)

    - against -                 ORDER

SUREFOX NORTH AMERICA INC,

                Defendant.

------------------------------------

JOHN G. KOELTL, District Judge:

    The time for the parties to submit the Rule 26(f) report is extended to **November 26, 2024.**

SO ORDERED.

Dated:   New York, New York
          October 10, 2024

                                      John G. Koeltl
                             United States District Judge