```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

WANLYS MARTINEZ,

                Plaintiff,        24-cv-4933 (JGK)

   - against -                ORDER

SUREFOX NORTH AMERICA INC,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The time for the parties to submit the Rule 26(f) report is extended to **December 20, 2024.**

SO ORDERED.
Dated:   New York, New York
          December 2, 2024

                                          John G. Koeltl
                                  United States District Judge