UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WANLYS MARTINEZ,

              Plaintiff,

   - against -

SUREFOX NORTH AMERICA INC.,

             Defendant.

24-cv-4933 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

   On December 3, 2024, this Court was notified that mediation was held in this case and that the parties reached agreement on all issues. ECF No. 20.

   The parties are directed to report to the Court on the status of this action by **December 18, 2024.** If the parties have reached a settlement, then by the same date, the parties should submit their settlement to the Court for a fairness review and approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), along with an explanation as to why the settlement is fair and reasonable.

Dated:   New York, New York
          December 4, 2024

                                        John G. Koeltl
                                 United States District Judge