```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

WANLYS MARTINEZ,                                24-cv-4933 (JGK)

          Plaintiff,                         ORDER

      - against -

SUREFOX NORTH AMERICA INC,

          Defendant.

―――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference on **Tuesday, December 17, 2024**, at **12:00 p.m.**

    Dial-in: 646-453-4442, with access code 675 278 33#.

SO ORDERED.

Dated:   New York, New York
          December 11, 2024

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                     United States District Judge