UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANLYS MARTINEZ, on behalf of herself, individually, and on behalf of all others similarly-situated,

    Plaintiff,

v.

SUREFOX NORTH AMERICA INC,

    Defendant.

Civil Case No.: 24-cv-4933

[~~PROPOSED~~] JUDGMENT

**WHEREAS**, a Notice of Acceptance with Offer of Judgment was filed by Plaintiff Wanlys Martinez ("Plaintiff"), on December 6, 2024 (Dkt. No. 22), accepting Defendant Surefox North America Inc.'s ("Defendant") offer to allow entry of judgment against it in the amount of $2,000.00, in full and final resolution, with prejudice, of Plaintiff's claims against Defendant pursuant to the Fair Labor Standards Act ("FLSA") for unpaid overtime, which sum shall include all costs accrued to date and any claim for attorney's fees incurred to date; now, it is therefore

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff against Defendant in the total amount of $2,000.00, which sum include all costs accrued to date in this action and any claim for attorney's fees incurred to date in this action, in full and final resolution, with prejudice, of all FLSA claims raised in Plaintiff's complaint and asserted against Defendant.

The Clerk of the Court is respectfully directed to close the case.

Dated: December 17, 2024

                                                          JOHN G. KOELTL
                                                          United States District Judge